*In the matter of the petition of Judith Winthrop.* J. G.
FERGUSON, for petitioner ; B. W. BONNEY, for Mrs. Chandler.

Application for leave to sell further portions of the proper-
ty in which the petitioner has a life estate, to pay taxes and
assessments thereon granted.

*Abraham Pierce et al.* v. *Stephen Gunn.* K. MILLER, for
appellant ; H. HOGEBOOM, for respondent.

Decretal order appealed from reversed. Exceptions to
master's report allowed, and the exceptions to the answer dis-
allowed. Complainant to pay costs of exceptions and upon
the hearing before the vice chancellor, and upon the refe-
rence to the master, to be taxed.

*The Albany City Bank* v. *Abraham M. Schermerhorn et al.*
*The Bank of Monroe* v. *The same.* S. JEWETT and S. STE-
VENS, for appellants ; A. TABER, for respondent.

Order appealed from reversed, and appellants ordered to
be discharged from the attachment, but without costs against
the receiver.